## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA AMERICAS HOLDINGS, INC., TAKEDA PHARMACEUTICALS U.S.A., INC., and TAKEDA DEVELOPMENT CENTER AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CAREMARK RX, LLC, <br><br> Defendant. | Miscellaneous Case No. 2:23-mc-111 <br><br> Underlying Action pending in the United States District Court for the Southern District of New York, *In re Actos Antitrust Litig.* (Coordinated Actions), Case No. 1:13-cv-09244-RA-SDA |

## TAKEDA'S MOTION TO COMPEL CAREMARK RX, LLC TO COMPLY WITH ITS RULE 45 SUBPOENA DUCES TECUM

Pursuant to Federal Rule of Civil Procedure 45, Takeda Pharmaceutical Company Limited, Takeda Americas Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc. (collectively, "Takeda"), defendants in *In re Actos Antitrust Litig.* (Coordinated Actions), No. 1:13-cv-09244-RA-SDA (the "Actions"), hereby moves the Court to compel Caremark Rx, LLC ("Caremark") to produce documents in response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action dated March 29, 2022 properly served upon it on March 30, 2022 (the "Subpoena").

As more fully set forth in the accompanying Memorandum of Law, Exhibits, and the Declaration of Rachel J. Rodriguez, the Court should compel Caremark to produce documents in response to the Subpoena because such documents are relevant to the Actions, and Caremark has neither not served objections to producing the subpoenaed materials nor produced a single

document in the more than fifteen months since the Subpoena was served.  Instead, Caremark's

counsel has been non-responsive and refuses to communicate with Takeda's counsel.


Dated:  July 26, 2023                             LAW OFFICES OF STUART J. GUBER

                                                   /s/ *Stuart J. Guber*
Of Counsel:                                        Stuart J. Guber
                                                   150 Sawgrass Drive
ELLIOTT KWOK LEVINE &                              Blue Bell, PA 19422
JAROSLAW LLP                                       (215) 834-4254
                                                   guberlaw@gmail.com
Mark M. Elliott (*pro hac vice* pending)
Rachel J. Rodriguez (*pro hac vice* pending)       *Attorneys for Plaintiffs Takeda Pharmaceutical*
565 Fifth Avenue, 7th Floor                        *Company Limited, Takeda Americas Holdings,*
New York, NY 10017                                 *Inc., Takeda Pharmaceuticals U.S.A. Inc., and*
(212) 321-0510                                     *Takeda Development Center Americas, Inc.*
melliott@ekljlaw.com
rrodriguez@ekljlaw.com

## __Certificate of Service__

I certify that on July 26, 2023, I caused a copy of the foregoing motion and attachments to be served on counsel for Caremark Rx, LLC.

__/s/__ _____