AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re Actos Antitrust Litigation (Coordinated Actions) ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 1:13-cv-09244-RA-SDA |
| ) | |
| ) | |
| Defendant ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Caremark Rx, LLC
The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See the attached Schedule A.

| Place: Conrad O'Brien PC<br>1500 Market St, Suite 3900W<br>Philadelphia, PA 19102 | Date and Time:<br>04/28/2022 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/29/2022

*CLERK OF COURT*

OR

_____         s/ David K. Lukmire
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Takeda Pharmaceutical Company Limited, et al._____, who issues or requests this subpoena, are:

David K. Lukmire (P: 215.523.8314, E: dlukmire@conradobrien.com)
1500 Market Street, Suite 3900W, Philadelphia, PA 19102

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:13-cv-09244-RA-SDA

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Caremark Rx, LLC on *(date)* Mar 30, 2022, 1:06 pm.

[X] I served the subpoena by delivering a copy to the named individual as follows: Accepted by Robin Hutt-Banks, Intake Specialist authorized to accept at Corporation Trust Company, Registered Agent, at 1209 Orange St., Wilmington, DE 19801 on *(date)* Wed, Mar 30 2022 at 2:32 PM; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __.

I declare under penalty of perjury that this information is true.

Date: March 31, 2022

*Server's signature*

William Bailey, Process Server

*Printed name and title*

Delaware Attorney Services

3516 Silverside Road, Unit 16, Wilmington, DE 19810

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Mar 30, 2022, 2:32 pm EDT at Corporation Trust Company, Registered Agent 1209 Orange St., Wilmington, DE 19801 received by Robin Hutt-Banks, Intake Specialist authorized to accept. Age: 55; Ethnicity: African American; Gender: Female; Weight: 200 lb; Height: 5'8"; Hair: Red;