# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA AMERICAS HOLDINGS, INC., TAKEDA PHARMACEUTICALS U.S.A., INC., and TAKEDA DEVELOPMENT CENTER AMERICAS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CAREMARK RX, LLC,<br><br>Defendant. | Miscellaneous Case No. 2:23-mc-111<br><br>Underlying Action pending in the United States District Court for the Southern District of New York, *In re Actos Antitrust Litig.* (Coordinated Actions), Case No. 1:13-cv-09244-RA-SDA |

## [PROPOSED] ORDER GRANTING PETITION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA

This case has come before the Court upon the motion of Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Americas Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc. to compel Defendant Caremark Rx, LLC ("Caremark") to comply with the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action dated March 29, 2022 (the "Subpoena") in *In re Actos Antitrust Litig.* (Coordinated Actions), No. 1:13-cv-09244-RA-SDA (S.D.N.Y.).

Being fully advised, it is hereby ORDERED that the motion be GRANTED in its entirety. Defendant shall respond to the Subpoena within ___ days of this Order.

Dated: _____          _____
                                      Hon.
                                      United States District Court
                                      Eastern District of Pennsylvania