# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL. | VS CAREMARK RX, LLC | 2:23-mc-00111 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

GILBERT DEL VALLE being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 07/28/2023

**Service:** I served CAREMARK RX, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) TAKEDA'S MOTION TO COMPEL CAREMARK RX, LLC TO COMPLY WITH ITS RULE 45 SUBPOENA DUCES TECUM, TAKEDA'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL CAREMARK RX, LLC TO COMPLY WITH ITS RULE 45 SUBPOENA DUCES TECUM, DECLARATION, CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 26.1 AND [PROPOSED] ORDER GRANTING PETITION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA

by leaving with ROBIN HUTT-BANKS (MANAGING AGENT)   At
NAME   RELATIONSHIP

☐ Residence
ADDRESS   CITY / STATE

☒ Business   C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801
ADDRESS   CITY / STATE

On 07/28/2023 AT 2:45 PM
DATE   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME   DATE TIME
(3) _____ (4) _____ (5) _____
DATE TIME   DATE TIME   DATE TIME

AGE 55   Sex FEMALE   Race BLACK   Height 5'5   Weight 150   HAIR BLACK

*/s/ GILBERT DEL VALLE*

SUBSCRIBED AND SWORN to before me this 28TH day of JULY, 2023.

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

9716473

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS