IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAKEDA PHARMACEUTICAL COMPANY
LIMITED, TAKEDA AMERICAS
HOLDINGS, INC., TAKEDA
PHARMACEUTICALS U.S.A. INC., and
TAKEDA DEVELOPMENT CENTER
AMERICAS, INC.,

    *Plaintiff,*

  v.

CAREMARK RX, LLC,

    *Defendant.*

CIVIL ACTION

NO. 23-mc-111

**PAPPERT, J.**            **September 22, 2023**

## ORDER

  **AND NOW**, this 22nd day of September, 2023, upon consideration of Takeda's

Motion to Compel (ECF No. 1, 2), Caremark's Response in Opposition (ECF No. 11),

and Takeda's Reply (ECF No. 14), it is hereby **ORDERED** that Takeda's Motion to

Compel Caremark to comply with its Rule 45 subpoena is **GRANTED**.  Caremark must

comply by October 6, 2023.

           BY THE COURT:

            ***/s/ Gerald J. Pappert***
           GERALD J. PAPPERT, J.